STATE OF INDIANA
IN THE PORTER SUPERIOR COURT, COUNTY OF PORTER

| | |
|---|---|
| E.N., a minor, Individually<br>And by her Guardians and<br>Next Friends, N.N. and T.N,<br>      Plaintiffs,<br><br>vs.<br><br>PORTAGE TOWNSHIP SCHOOLS,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO.: 64D0___-1802-CT-_____<br>)<br>)<br>) |

### Administrative Rule 9(G)(5) Notice of Exclusion
### of Confidential Information from Public Access

Contemporaneous with the filing of this notice, E.N. has filed confidential information on green paper in accordance with Administrative Rule 9(G)(6). Pursuant to Administrative Rule 9(G)(5), E.N, provides this notice that the confidential information contained on that green paper is to remain excluded from public access in accordance with the authority listed below:

| Name or description of document filed on green paper. | Administrative Rule 9(G) grounds upon which exclusion is authorized. |
|---|---|
| Complaint | Names of minor victims of and family, 9(G)(2)(g)(1) |



EXHIBIT "B"

Respectfully submitted,

HARPER AND HARPER

/s/ Robert P. Harper
ROBERT P. HARPER, Attorney No. 7479-64
304 West U.S. Highway 6
Valparaiso, IN 46385
Phone: (219) 762-9538
Fax: (219) 762-0763
Email: bob@harperattorneys.com

CIRCUIT-SUPERIOR COURT FOR THE COUNTY OF PORTER
STATE OF INDIANA

| | |
|---|---|
| E.N., a minor, Individually and by her Guardians and Next Friends, N.N. and T.N., .................................... **Plaintiff** | No. ........................................ <br><br> SHERIFF'S RETURN OF SERVICE <br><br> Date: ............... Time: ............... <br><br> L/W: ........................................ |
| — vs — | |
| PORTAGE TOWNSHIP SCHOOLS ................ ................................................... ................................................... ................................................... **Defendant** | L/D: ............... R/L: ............... <br><br> Officer: ........................................ <br><br> Porter Superior Court <br> 16 Lincolnway <br> Valparaiso, IN  46383 <br> Phone:  (219) 465-3450 |

## SUMMONS

The State of Indiana to Defendant ..... Amanda Alaniz, Superintendent
Portage Township Schools
6240 W.S. Highway 6
Portage, IN  46368 ................

You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

2/13/2019
Date ..........................................

Robert P. Harper of Harper and Harper .........
Attorney for Plaintiff

304 W. U.S. Highway 6 ......................

Valparaiso, IN  46385 .......................

Telephone .. 219-762-9538 .................

*JBaily*  BT
................................................
Clerk, Porter Circuit / Superior Court (Seal)

By .............................................
THE FOLLOWING MANNER OF SERVICE OF
SUMMONS IS HEREBY DESIGNATED:
☐ Sheriff or Bailiff
☒ Certified Mail Return Receipt Requested
☐ Other as follows: .........................

*SEAL — CIRCUIT AND SUPERIOR COURT, PORTER COUNTY, INDIANA*

### CERTIFICATE OF MAILING

I hereby certify that on the ...... day of ........................, 20 ...., I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) .................................
**ABOVE NAMED**
.......................................................................................................
by (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s) ...... **ABOVE NAMED** ............................................................
at the address(es) furnished by the plaintiff.

Date ..........................................          ........................................
                                                       Clerk, Porter Circuit / Superior Court (Seal)

                                                       By: ....................................

RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1. By delivering on the . . . . . . day of . . . . . . . . . . . . . . . . . . . . . . . ., 20 . . . ., a copy of this summons and a copy of the complaint to each of the within-named defendant(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

2. By leaving on the . . . . . . day of . . . . . . . . . . . . . . . . . . . . . . . ., 20 . . . . for each of the within named defendant(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ., a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ., a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.

3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
and by mailing a copy of the summons without the complaint to . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
at . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ., the last known address of the defendant(s).

All done in . . . . . . . . . . . . . . . . . . . . . County, Indiana.

Fees:    $ . . . . . . . . . . . . .
Mileage:    . . . . . . . . . . . . .                              Sheriff of . . . . . . . . . . . . . . . . . . . . . . County, Indiana
Total:    $ . . . . . . . . . . . .                                By . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Deputy

SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached thereto were received by me at . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ., this . . . . . . . day of . . . . . . . . . . . . . . . . . . . .,
20 . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Signature of Defendant

# APPEARANCE FORM (CIVIL)
## Initiating Party

Case Number: __64D0____-1802-CT-_____    *(File stamp)*
*(To be supplied by Clerk at the time of filing)*

/ / Check if *Pro Se*.   NOTE: *This form is not required for pro se protective orders.*

1. __E.N., a minor, Indivually and by her Guardians and Next__    2. _____
   Name of first initiating party __Friends, N.N. and T.N.__   Telephone of *pro se* initiating party
   *(Supply names of additional initiating parties on continuation page.)*

3. Attorney information (as applicable for service of process):

   Name: __Robert P. Harper__          Atty Number: __7479-64__
   Address: __Harper and Harper__      Phone: __219-762-9538__
   __304 W. U.S. Highway 6__           FAX: __219-__ __762-0763__
   __Valparaiso, IN  46385__           Computer Address: _____
   *(Supply information for additional attorneys on continuation page.)*

4. Case Type requested: ____CT____    5. Will accept FAX service: Yes _X_ No ___
   *[See Administrative Rule 8(b)(3)]*

6. Social Security numbers of all family members in proceedings involving support issues.

   Name: _____ SS # _____   Name: _____ SS# _____
   Name: _____ SS # _____   Name: _____ SS# _____
   Name: _____ SS # _____   Name: _____ SS# _____
   *(Supply social security numbers for additional persons on continuation page.)*

7. Are there related cases? Yes ___ No ___    If yes, list case and number below:

   Caption _____   Case Number _____
   Caption _____   Case Number _____
   *(Supply information for additional related cases on continuation page.)*

8. Additional information required by state or local rule: _____
   _____
   _____

## APPEARANCE FORM (CIVIL) - Initiating Party: Continuation Page

Case Number _____

Continuation of Item 1 (Names of initiating parties):

| | |
|---|---|
| Name _____ | Phone (Pro se only) _____ |
| Name _____ | Phone (Pro se only) _____ |
| Name _____ | Phone (Pro se only) _____ |
| Name _____ | Phone (Pro se only) _____ |

Continuation of Item 3 (Attorney information, as applicable for service of process):

Name: James E. Harper  
Address: Harper and Harper  
304 W. U.S. Highway 6  
_____  

Atty Number: 33695-64  
Phone: 219-762-9538  
FAX: 219-762-0763  
Computer Address: _____

Name: _____  
Address: _____  
_____  
_____  

Atty Number: _____  
Phone: _____  
FAX: _____  
Computer Address: _____

Name: _____  
Address: _____  
_____  
_____  

Atty Number: _____  
Phone: _____  
FAX: _____  
Computer Address: _____

Name: _____  
Address: _____  
_____  
_____  

Atty Number: _____  
Phone: _____  
FAX: _____  
Computer Address: _____

Continuation of Item 6 (Social Security numbers of family members in cases involving support):

| | | | |
|---|---|---|---|
| Name: _____ | SS # _____ | Name: _____ | SS# _____ |
| Name: _____ | SS # _____ | Name: _____ | SS# _____ |

Continuation of Item 7 (Caption and case number of related cases):

| | |
|---|---|
| Caption _____ | Case Number _____ |
| Caption _____ | Case Number _____ |

Authority: *Pursuant to Trial Rule 3.1(A), this form shall be filed at the time an action is commenced. In emergencies, the req..sted information shall be supplied when it becomes available. Parties shall advise the court of a change in information previously provided to the court. This format is approved by the Division of State Court Administration.*

. *Use additional continuation pages if needed.*