UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| E.N., a minor, Individually and by her Guardians and Next Friends, N.N. and T.N., <br><br> Plaintiff, <br><br> vs. <br><br> PORTAGE TOWNSHIP SCHOOLS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO.: 2:19-cv-87 <br> ) <br> ) <br> ) <br> ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Comes now Defendant Portage Township Schools and Plaintiff E.N., a minor, Individually and by her Guardians and Next Friends, N.N. and T.N., by their respective counsel, and inform the Court that the matters in controversy between them have been amicably resolved and the parties jointly stipulate to dismiss all allegations contained in this litigation, with prejudice, each party to bear their respective costs and attorney fees.

Respectfully submitted,

/s/ C. Anthony Ashford
C. Anthony Ashford (#19253-02)
Meghann Chonowski (#35143-64)
ASHFORD LAW GROUP, PC
1140 S. Calumet Road Suite 2
Chesterton, IN 46304- 3284
(219) 973-7967
Attorneys for Plaintiff

/s/ Michael D. Sears
Michael D. Sears (#2108-45)
Jacquelyn S. Pillar (#25051-64)
CRIST, SEARS & ZIC, LLP
11051 Broadway, Suite C
Crown Point, Indiana 46307
(219) 836-0200
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on the 30th day of December, 2020, service of a complete copy of this filing was made upon each party or attorney of record herein either via the ECF system or by depositing the same in the United States Mail, first class mail, with sufficient postage affixed.

/s/ Michael D. Sears
CRIST, SEARS & ZIC, LLP